IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY                                    PLAINTIFF

V.                              4:10CV00038 JMM

MAXIE E. BOBBITT, PATRICIA H. BOBBITT,
KEN BURNETT, AND MARJORIE BURNETT                             DEFENDANTS

## ORDER

At the Plaintiff's request, a telephone hearing was held on this date to consider the Plaintiff's Motion to Quash Notice of Deposition. After considering the parties' arguments, the Court granted to the Motion to Quash. The discovery deadline in the case was also extended. The new discovery deadline is December 15, 2010. The Court will entertain a motion to continue the remaining deadlines in the case if necessary.

In conclusion, the Plaintiff's Motion to Quash Notice of Deposition (Docket # 31) is GRANTED. The new discovery deadline is December 15, 2010.

IT IS SO ORDERED this 9th day of November, 2010.

_____
James M. Moody
United States District Judge