**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ALLSTATE INDEMNITY COMPANY and**
**ALLSTATE INSURANCE COMPANY**                                    **PLAINTIFFS**

**VS.**                              **CASE NO. 4:10-CV-00038-JMM**

**MAXIE E. BOBBITT, PATRICIA H. BOBBITT,**
**KEN BURNETT AND MARJORIE BURNETT**                    **DEFENDANTS**


<u>**JUDGMENT**</u>

Pursuant to the Order entered on December 21, 2010, Judgment is hereby entered in

favor of the Plaintiffs and against the Defendants.  The case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of December, 2010.


_____
James M. Moody
United States District Judge